**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                  In Replying Give Number
Clerk                                                                                              Of Case and Names of Parties

May 8, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **SEPTEMBER 18, 2023, IN ATLANTA, GEORGIA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #24.***

| Case No. | Case Name |
|---|---|
| 22-11617 & 22-12535 | Hunt Refining Company v. U.S. Environmental Protection Agency |
| 22-12590 | Christopher Ounjian v. Globoforce, Inc. |
| 22-10245 | KVK-Tech, Inc. v. Navigators Specialty Insurance Company |
| 21-12468 | Aldaress Carter v. The City of Montgomery, et al. (Consolidated with 21-12469, Angela McCullough, et al. v. City of Montgomery, Alabama, et al. |
| 22-11738 | Germaine Smart v. Ronald England, et al. |
| 22-12429 | Amina Bouarfa v. Secretary, Department of Homeland Security, et al. |
| 22-11456 | United States v. Xavier Brooks |
| 22-12264 | Camilo Salas, III v. Commonwealth Land Title Insurance Company |
| 22-14205 | Jerry Nelson, et al. v. Keyvon Sellers |
| 22-11129 | Daphne Berry v. Crestwood Healthcare LP, et al. |
| 22-11355 | Eliezer Taveras, et al. v. Bank of America, et al. |
| 22-13051 | In Re:  Blue Cross Blue Shield Antitrust Litigation |